■ STEPHEN VAUGHAN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 108957.) [816 NYS2d 398]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered September 21, 2004. The order denied the motion of claimant seeking a ruling with respect to the sufficiency of the verification attached to his bill of particulars and for sanctions against defendant's attorney.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ In the Matter of RICHARD DAVEY, Petitioner, v DONALD LIVINGSTON, as Superintendent of Erie County Correctional Facility, et al., Respondents. [816 NYS2d 398]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Mario J. Rosetti, A.J.], entered November 4, 2004) to review a determination of Robert Dennison, Chairman, New York State Division of Parole. The determination found that petitioner had violated the terms of his parole release.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.